# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF SOUTH CAROLINA

# CHARLESTON DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>vs.<br><br>ALBERT E. PARISH, PARISH ECONOMICS, LLC, and SUMMERVILLE HARD ASSETS, LLC,<br><br>    Defendants. | Case No. 2:07-CV-919-DCN<br><br><br>**OBJECTION AND NOTICE OF FILING OF M.S. RAU ANTIQUES, LLC** |

YOU WILL PLEASE TAKE NOTICE that, to the extent this Court seeks to exercise *in personam* and subject matter jurisdiction over M.S. Rau Antiques, LLC ("M.S. Rau") and/or any property in its possession, M.S. Rau respectfully objects to the exercise of such jurisdiction. Expressly reserving all such objections, and without waiving same, M.S. Rau hereby submits the attached certified Statement in response to direct inquiries of this Court and the court-appointed Receiver, as set forth in Section XIV(ii) of the Court's Order entered April 5, 2007.

                                                                   s/ Robert C. Byrd
                                                  Robert C. Byrd (Fed. ID No. 1643)
                                                  Email: bobbybyrd@parkperpoe.com
                                                  PARKER POE ADAMS & BERNSTEIN LLP
                                                  200 Meeting Street, Suite 301
                                                  Charleston, SC 29401
                                                  Phone: 843-727-2650
                                                  Fax: 843-727-2680

                                                  Attorneys for M.S. Rau Antiques, LLC

April 13, 2007

Charleston, South Carolina

CLT 1036689v1

OF COUNSEL:

Emile L. Turner, Jr.
Law Office of Emile L. Turner, Jr., L.L.C.
424 Gravier Street
New Orleans, LA  70130
Phone:  504-586-9120, Ext. 121
Telecopier:  504-581-4962

2:07-cv-00919-DCN     Date Filed 04/13/07     Entry Number 33     Page 2 of 3

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF SOUTH CAROLINA

### CHARLESTON DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ALBERT E. PARISH, PARISH ECONOMICS, LLC, and SUMMERVILLE HARD ASSETS, LLC,<br><br>　　　　　Defendants. | Case No. 2:07-CV-919-DCN<br><br><br>**CERTIFICATE OF SERVICE** |

I certify that a copy of the foregoing **OBJECTION AND NOTICE OF FILING OF M.S. RAU ANTIQUES, LLC** has been served upon the following person(s) by mailing a copy of the same to him, postage prepaid, in the United States Mail, addressed as shown below this 13th day of April, 2007.

　　　　　　　　Mr. S. Gregory Hays
　　　　　　　　Atlanta Financial Center
　　　　　　　　3343 Peachtree Road, Suite 200
　　　　　　　　Atlanta, GA 30326-1420


　　　　　　　　s/ Robert C. Byrd
　　　　　　　　PARKER POE ADAMS & BERNSTEIN LLP
　　　　　　　　200 Meeting Street, Suite 301
　　　　　　　　Post Office Box 160
　　　　　　　　Charleston, South Carolina 29401
　　　　　　　　Phone: 843-727-2650

CLT 1036689v1