IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Securities and Exchange Commission, | ) | |
| | ) | C/A No. 2:07-CV-00919-DCN |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| Albert E. Parish, Jr.; Parish Economics, LLC; and Summerville Hard Assets, LLC, | ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the court on non-party Charles Schwab & Co., Inc.'s motion to be joined or to intervene (or otherwise allowed to appear as a party) for the sole and limited purpose of objecting to the receiver's motion to approve settlement and for related injunctive relief. Schwab's motion is **GRANTED** for the sole and limited purpose it requested. Pursuant to the order filed today approving the receiver's settlement agreement with Battery Wealth Management, Wayne Cassaday, and Continental Casualty Company, Schwab is to be treated as an Active Claimant for purposes of the allocation determination procedure set forth in the settlement agreement.

  **AND IT IS SO ORDERED**.

              _____
               **DAVID C. NORTON**
               **CHIEF UNITED STATES DISTRICT JUDGE**

**February 10, 2010**
**Charleston, South Carolina**